IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

JOHN R. WALSH,

    Petitioner,

vs.

SUPERINTENDANT STEVENSEN,

    Respondent.

Case No. 4:10-cv-00022-RRB-SAO

### AFFIDAVIT OF MICHOEH K. AHSELN

```
I certify this document and its attachments do not contain the (1) name of a victim of a
sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone
number of a victim of or witness to any offense unless it is an address identifying the place
of a crime or an address or telephone number in a transcript of a court proceeding and
disclosure of the information was ordered by the court.
```

| STATE OF ALASKA | } |
| --- | --- |
| | }§ |
| FOURTH JUDICIAL DISTRICT | } |

I, Michoeh Ahseln, upon oath or affirmation, being first duly sworn, depose and state that I am over the age of eighteen (18) years and fully competent to testify in every way and, if called to do so in court, would testify as follows:

1. I am the paralegal assigned the above referenced matter.
2. On April 2, 2012, I spoke with the booking department at Fairbanks Correctional Center to confirm Mr. Walsh's custody status. Mr. Walsh has been moved back and forth from FCC to the North Star Center Halfway House over the past months. I called to assure I can meet with Mr. Walsh, and retrieve his affidavit.

GAZEWOOD &
WEINER, PC
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

3. On April 2, 2012, the booking department at Fairbanks Correctional Center informed me that Mr. Walsh was transferred to the Palmer Correctional Center at a date that they cannot disclose.

4. I then informed Jason Weiner of Mr. Walsh's location. Jason Weiner then asked me to contact the office of Douglas Kossler.

5. On April 2, 2012, I spoke with Douglas Kossler, informing him of our now more limited means of contact with Mr. Walsh, and requested his position for an extension of time of two weeks for this office to finalize Mr. Walsh's affidavit through the mail.

6. On April 2, 2012 Mr. Kossler informed me his is unopposed to our request for a two week extension of time and further recommended that a three week extension of time may be more sufficient. I told Mr. Kossler this office would accept the proposed extension of three weeks.

DATED this 2ND day of April, 2012.

_____
Michoeh K. Ahseln

SUBSCRIBED AND SWORN TO before me this 2nd day of April, 2012, at Fairbanks, Alaska.

_____
Notary Public
My Commission Expires: June 17, 2015

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing

GAZEWOOD & WEINER, PC
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

was provided via ☒ ECF ☐ courier ☐ hand-delivery to the following:

Douglas Kossler
Douglas.kossler@alaska.gov

Dated: 4/2/12   By: /s/ Michoeh Ahseln
                     Michoeh Ahseln

GAZEWOOD &
WEINER, PC

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

Walsh v. Stevensen
Case No. 4:10-cv-00022

Case 4:10-cv-00022-RRB   Document 69   Filed 04/02/12   Page 3 of 3

Affidavit of Michoeh K. Ahseln